**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DONALD G. MARKS,**

                **Plaintiff,**

**-vs-**                                                            **Case No. 6:06-cv-490-Orl-28KRS**

**PAINCARE HOLDINGS, INC., RANDY LUBINSKY, & MARK SZPORKA,**

                **Defendants.**

**ORDER**

This cause came on for consideration by the Court *sua sponte*. The Clerk of Court is directed to reassign this case to the Honorable David A. Baker, United States Magistrate Judge, for consideration with other class action cases against the defendants.

**DONE** and **ORDERED** in Orlando, Florida this 21st day of April, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties